**Dismiss and Opinion Filed May 10, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01106-CV

## IN RE GUARDIANSHIP OF JOYCE MARGOL, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-02238-2**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Nowell

After appellant failed to timely file her brief, we directed appellant by postcard dated April 5, 2022 to file the brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

211106f.p05

/Erin A. Nowell//

ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE GUARDIANSHIP OF
JOYCE MARGOL, AN ALLEGED
INCAPACITATED PERSON

No. 05-21-01106-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-20-02238-2.
Opinion delivered by Justice Nowell.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of May, 2022.